IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL FABACHER AND<br>CHRISTIAN TEAGUE | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | CIVIL ACTION NO. 4:18-cv-00429 |
| P&G GROUP, INC. AND<br>ROBERT FRANCIS HALVEY | §<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs MICHAEL FABACHER and CHRISTIAN TEAGUE hereby dismiss with prejudice their civil action against Defendants P&G GROUP, INC. and ROBERT FRANCIS HALVEY thereby concluding this matter in its entirety.

SO STIPULATED, this ____ day of _____, 2019.

Respectfully submitted,

**THE FUENTES FIRM, P.C.**

*/s/ Robert Fuentes*
ROBERT FUENTES
State Bar No. 24005405
Federal Bar No. 28591
KATIA ALCANTAR
State Bar No. 24101426
Federal Bar No. 3132645
5507 Louetta Road, Suite A
Spring, Texas 77379
Telephone: (281) 378-7640
Facsimile: (281) 378-7639
robert@fuentesfirm.com
katia@fuentesfirm.com
**ATTORNEY FOR DEFENDANTS**

**SICO HOELSCHER HARRIS, LLP**

*/s/ Jason P. Hoelscher*
_____
JASON P. HOELSCHER
State Bar No. 24010671
Federal Bar No. 38772
BIANCA CALDERON DE LACHICA
State Bar No. 24090022
Federal Bar No. 2338505
3 Riverway, Suite 1910
Houston, Texas 77056
Tel: (877) 521-5576
Tel: (361) 653-3300
Fax: (361) 653-3333
jhoelscher@shhblaw.com
bcalderondelachica@shhblaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. A true and correct copy of the foregoing document is being served upon counsel of record in compliance with the Federal Rules of Civil Procedure by certified mail, return receipt requested, telephonic communications, hand delivery, CM/ECF and/or U.S. Mail on this the 1st day of April 2019

*/s/ Robert Fuentes*
_____
ROBERT FUENTES
