United States District Court
Southern District of Texas
**ENTERED**
April 03, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL FABACHER, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> P&G GROUP, INC., *et al*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 4:18-CV-00429 |

### ORDER ON JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the plaintiffs MICHAEL FABACHER and CHRISTIAN TEAGUE hereby dismiss with prejudice their civil action against the defendants', P&G GROUP, INC. and ROBERT FRANCIS HALVEY thereby concluding this matter in its entirety.

It is so ORDERED.

SIGNED on this 3rd day of April, 2019.

_____
Kenneth M. Hoyt
United States District Judge